HOLLOWAY *v.* COKER.

(Division A. Jan. 15, 1940.)

[192 So. 857. No. 33925.]

Leftwich & Tubb, of Aberdeen, for appellant.

**Paine & Paine,** of Aberdeen, for appellee.

Argued orally by **C. L. Tubb**, for appellant, and by **Thos. F. Paine**, for appellee.

**Smith, C. J.**, delivered the opinion of the court.

The appellant's request for a directed verdict should have been granted as the record discloses nothing that would warrant the jury in finding that the striking of the appellee by the appellant's automobile was caused by any negligence of his.

Reversed and judgment here for the appellant.